IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 21 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. H-10- |
| THOR ALEXANDER MORRIS | § § | |

INDICTMENT            **10 CR 0 5 1 2**

The United States Grand Jury charges:

## COUNT 1
(FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS)

On or about April 22, 2010, within the Houston Division of the Southern District of Texas,

**THOR ALEXANDER MORRIS**

the defendant herein, knowingly and with the intent to defraud, did attempt to access a protected computer, to wit: an automated teller machine, without authorization and by means of such conduct further intended to defraud and attempt to obtain U.S. currency from the said protected access device.

In violation of Title 18, United States Code, Section 1030(a)(4) and (b).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

By: _____
Suzanne Elmilady
Assistant United States Attorney
(713)567-9574