UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

July 14, 2014

The Honorable Malcolm J. Howard
Senior U.S. District Judge
U.S. Courthouse
201 South Evans St., Rm 209
Greenville, NC 27858

Re: U.S.A. v. Thor Alexander Morris
    Transfer of Jurisdiction
    7:14-CR-056-1H

Dear Sir:

Enclosed please find copies of documents from the Southern District of Texas (Houston Division) received by our office pursuant to a Transfer of Jurisdiction District 18:3605.

Julie A. Richards
Clerk of Court

_____
By Deputy Clerk

cc: U.S. Probation Office
    U.S. Attorney