# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                                      **Crim. No. 7:14-CR-56-1H**

**THOR A. MORRIS**

On May 9, 2011, the above named was convicted of Fraud and Related Activity in Connection With Computers in the Southern District of Texas and sentenced to a 37-month term of imprisonment. He completed that term on February 14, 2014, and began a 3-year period of supervised release in the Eastern District of North Carolina. On July 14, 2014, transfer of jurisdiction was accepted by the Eastern District of North Carolina. During his supervision period, the offender has complied with all rules and regulations of supervised release. Therefore, it is recommended that he be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

/s/ David W. Leake  
David W. Leake  
U.S. Probation Officer  
200 Williamsburg Pkwy, Unit 2  
Jacksonville, NC 28546-6762  
Phone: 910-346-5109  
Executed On: November 24, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 25th day of November 2015.

Malcolm J. Howard  
Senior U.S. District Judge